# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROGER MITCHELL                                                                                     PLAINTIFF

v.                                       3:18CV00164-DPM-JTK

CRAIGHEAD COUNTY DETENTION CENTER, et al.                          DEFENDANTS

## ORDER

Plaintiff has submitted an Amended Complaint (Doc. No. 6) pursuant to the Court's September 18, 2018 Order (Doc. No. 5). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's medical claims against Defendants Black and Hogan. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Nurse Black and H. Hogan. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 6) and summons on Defendants Black and Hogan without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 15th day of October, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).