# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROGER MITCHELL                          PLAINTIFF

v.                No. 3:18-cv-164-DPM-JTK

CRAIGHEAD COUNTY DETENTION
CENTER, Medical; BLACK, Head Nurse,
CCDC; H. HOGAN, Medical Staff, CCDC;
KEITH BOWIERS, Administrator, CCDC;
and MARTY BOYDE, Sheriff, Craighead County      DEFENDANTS

## ORDER

Mitchell hasn't responded to the recommendation; his mail is being returned undelivered. № 9. The Court adopts the unopposed partial recommendation. № 7; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Mitchell's claims against Bowiers and Boyde are dismissed without prejudice. His claims against the Detention Center are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2018