IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROGER MITCHELL                                               PLAINTIFF

v.                    No. 3:18-cv-164-DPM-JTK

BLACK, Head Nurse, Craighead
County Detention Center; and
H. HOGAN, Medical Staff, CCDC                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Mitchell hasn't responded to the Court's 30 October 2018 Order. № 10. His mail is being returned undelivered. № 18 & № 20-21. His remaining claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

10 December 2018