# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROGER MITCHELL                                          PLAINTIFF

v.                          No. 3:18-cv-164-DPM

CRAIGHEAD COUNTY DETENTION
CENTER, Medical;   BLACK, Head Nurse,
CCDC;   H. HOGAN, Medical Staff, CCDC;
KEITH BOWIERS, Administrator, CCDC;
and MARTY BOYDE, Sheriff, Craighead County     DEFENDANTS

## JUDGMENT

Mitchell's claims against the Detention Center are dismissed with prejudice.   All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018